·Jerel HARRISON, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 535, 2010

Supreme Court of Delaware.

Submitted: August 16, 2017
Decided: September 1, 2017

Court Below: Superior Court of the State of Delaware, ID No. 1508020051 (N)

AFFIRMED.

Shirley SHAWE, Plaintiff Below, Appellant,

v.

TRANSPERFECT GLOBAL, INC., Defendant Below, Appellee.

No. 358, 2017

Supreme Court of Delaware.

Submitted: September 7, 2017
Decided: September 14, 2017

Court Below—Court of Chancery of the State of Delaware, C.A. No. 2017–0306

REFUSED.